IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WEST AMERICAN INSURANCE COMPANY,

    Plaintiff,

vs.                                                                 Civ. No. 99-874 JC/WWD

SUNWEST INDIAN ART, INC., et al.,

    Defendants.

MEMORANDUM OPINION AND ORDER

    This matter came before the Court in a Rule 16 telephone conference on August 22, 2000. As a result of realignment of some of the parties, it is necessary to reopen discovery for a period of forty-five (45) days commencing immediately. Other scheduling problems can be discussed, if necessary, at the settlement conference presently set before the undersigned on September 1, 2000.

    This cause shall proceed in accordance with the foregoing.

    **IT IS SO ORDERED**.

                                                                    UNITED STATES MAGISTRATE JUDGE